```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSE RAMSEY LONG a/k/a Rose Ramey Littlejohn, individually and d/b/a ROSE LONG FINE ART a/k/a RRL Fine Art,

                              Plaintiff,

-against-

DE FEIS, O'CONNELL & ROSE, P.C.,

                              Defendant.

20 Civ. 2530 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant's request that this action be designated as related to case number 14 Civ. 4304, and reassigned to the Honorable Andrew L. Carter, Jr., ECF No. 26, is DENIED. The Court does not believe that the interests of justice and efficiency would be served by transferring the case. *See* Rules for the Division of Business Among District Judges, Rule 13(a)(1); *see also id.* Rule 13(b)(3).

    SO ORDERED.

Dated: May 22, 2020
         New York, New York

                                                       ANALISA TORRES
                                              United States District Judge