```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/1/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSE RAMSEY LONG a/k/a Rose Ramey Littlejohn, individually and d/b/a ROSE LONG FINE ART a/k/a RRL Fine Art,

                Plaintiff,

-against-

DE FEIS, O'CONNELL & ROSE, P.C.,

                Defendant.

20 Civ. 2530 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court having reviewed the parties' pre-motion letters dated May 26, 2020, and June 1, 2020, ECF Nos. 31, 32, it is ORDERED that:

1. By **June 29, 2020**, Defendant shall file its motion to dismiss;
2. By **July 27, 2020**, Plaintiff shall file her opposition;
3. By **August 10, 2020**, Defendant shall file any reply.

    SO ORDERED.

Dated: June 1, 2020
       New York, New York

                                          ANALISA TORRES
                                United States District Judge