UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSE RAMEY LONG, a/k/a Roe Ramey Littlejohn, individually and d/b/a ROSE LONG FINE ART, a/k/a RRL Fine Art,

           Plaintiff,

-against-

DE FEIS O'CONNELL & ROSE, P.C.,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/14/2020_

20 Civ. 2530 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      In light of the outstanding motion to dismiss this action, ECF No. 39, the case management conference scheduled for October 26, 2020 is ADJOURNED *sine die*. If necessary, the Court will set a new case management conference upon resolution of the motion to dismiss. The parties are reminded to consult the Court's Individual Practices in Civil Cases with respect to the requirement of pre-motion letters in advance of a motion for summary judgment.

      SO ORDERED.

Dated: October 14, 2020
       New York, New York

                                        ANALISA TORRES
                                 United States District Judge